**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

# RECEIVED

OCT 1 1 2013 TD

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Keith Craig

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

13cv7329
Judge Ronald A. Guzman
Magistrate Judge Jeffrey T. Gilbert

vs.

John Doe

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Keith Craig_

B.    List all aliases: _____

C.    Prisoner identification number: _B 87875_

D.    Place of present confinement: _Menard Correctional Center_

E.    Address: _P.O. Box 1000, Menard, IL. 62259_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _John Doe_

Title: _____

Place of Employment: _____

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                          Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _None_

B. Approximate date of filing lawsuit: _None_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _None_

D. List all defendants: _None_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _None_

F. Name of judge to whom case was assigned: _None_

G. Basic claim made: _None_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _None_

I. Approximate date of disposition: _None_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 05-07-12, I was incarserated at Stateville Correctional Center in Joliet, Ill. I was in F house in cell 222. On the above date, I was attacked in my sleep by my cellmate, Jeffrey Mitchell. I was dragged off the top bunk and thrown to the concrete floor hitting my head on the floor and knocking me unconscious. After waking up he was still beating and kicking me. I was yelling for help but none came. I finally got to my feet and went to the door, beating on the door and yelling for help at the top of my lungs. There is a tower in the center of the cellhouse that is always manned with an officer with a shotgun for just such occasions. The cells are configured in a circle and the tower is in the center of the circle which provides visibility into all cells. The tower officer ignored me. I kept beating on the door and yelling for help. I clearly had the attention

4                                          Revised 9/2007

of all the officers in the cellhouse. They would just look at me and turn around as if nothing was happening. Other people were yelling for help for me also. While yelling for help at the door, Mitchell hit me in the back of the head, Knocking my head into the steel door and Knocking me unconscious again. Again I woke up on the floor being beaten and Kicked. All the while yelling for help. I was Knocked unconscious several times. 4 or 5 times. Due to being Knocked unconscious several times, I do not have a good time frame estimation. I have been told by everyone that I have talked to that this incident lasted between 30 minutes to one hour. Other people were yelling for help the whole time. Mr. Mitchell is a gang member and so are many of the officers working at Stateville. The officers clearly left me in the cell intentionally and because of this, I was nearly Killed. I have tried to get the names of all the officers working that day but have been denied. I have also tried to get the names of other inmates that were present that day to have them fill out affidavits and have been denied also.

Revised 9/2007

Due to the denial of the officers names, I am unable to name defendants. I need the assistance of the court to do so. Due to the officers leaving me to be severely beaten or killed, I sustained a broken nose, lacerations to the face, and a head injury severe enough that it caused me to have a siezure. I have exhausted all of my remedies to the extent possible. I have enclosed several exhibits as evidence. They are as follows:

Exhibit A- Denial of my request for my grievances

Exhibit B- My original F.O.I.A. request and the request for review by public access counselor along with a copy of the envelope that I mailed it in on 9-23-13.

Exhibit C- Medical records from Stateville Corr. Center

Exhibit D- Medical records from hospital

Exhibit E- Affidavit from Robert Steven Siverly #S08060

Exhibit F- Denial of my request for officers names and inmate names.

Exhibit G- Copy of request for my grievances to the records office.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting a settlement of 2 million dollars as compensation for my physical, mental, and emotional suffering.

I am also seeking an injunction to prevent me from being transferred to Stateville correctional center for fear of retaliation by officers there, Effective immediately please.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___8___ day of October 20 13

_____
(Signature of plaintiff or plaintiffs)

Keith  Douglas  Craig
(Print name)

B 87875
(I.D. Number)

P.O. Box 1000
Menard, IL. 62259
(Address)

6                                                    Revised 9/2007



**Illinois
Department of
Corrections**

**Pat Quinn**
Governor

**S.A. Godinez**
Director

**1301 Concordia Court • P.O. Box 19277**
**Springfield IL 62794-9277**

**Telephone: (217) 558-2200**
**TDD: (800) 526-0844**

August 29, 2013

Keith Craig, B87875
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re:     **Freedom of Information Act Request #130826222**

Dear Mr. Craig:

This letter is in response to your request to the Illinois Department of Corrections for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested two grievances you filed at Stateville Correctional Center in January. Your request is denied pursuant to Section 7(1)(a) of the Freedom of Information Act which exempts the release of "Information specifically prohibited from disclosure by Federal or State law or rules and regulations implementing Federal or State law." 730 ILCS 5/3-5-1(b) states the master record files of committed persons shall be confidential and access shall be limited to authorized persons. In addition, Title 20, Section 107.310 of the Illinois Administrative Code states "The master record files of committed persons shall be confidential and access shall be limited to authorized persons. Committed persons shall not be permitted access to their master record files except as expressly permitted by law or this Subpart." Grievances and responses to grievances are stored in the master record file and are exempt from release. (730 ILCS 5/3-5-1(a)(12)).

You have a right to have the denial of your requests reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, pursuant to 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706.

*Exhibit A*

You also have the right to seek judicial review of your denials by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

Sincerely,

Lisa Weitekamp
Freedom of Information Officer

Exhibit A

## FOIA REQUEST

**Note to Requester:** *Retain a copy of this request for your files. If you eventually need to file a Request for Review with the Public Access Counselor, you will need to submit a copy of your FOIA request.* **

Name and Address of Public Body Receiving Request: _Administrative Review Board_
_P.O. Box 19277, Springfield, IL. 62794-9277_

Date Requested: _7-20-13_

Request Submitted By: ___ E-mail _X_ U.S. Mail ___ Fax ___ In Person

Name of Requester: _Keith Craig B87875_

Street Address: _P.O. Box 1000_

City/State/County Zip (required): _Menard, IL. 62259_

Telephone (Optional): _____ E-mail (Optional): _____

Fax (Optional): _____

**Records Requested:** *Provide as much specific detail as possible so the public body can identify the information that you are seeking. You may attach additional pages, if necessary.*

_I need 2 grievances that I turned in to counselor Hall at Stateville Correctional Center in January. I requested these back numerous times before I left Stateville in April._

Do you want copies of the documents? YES or NO
    --Do you want Electronic Copies or Paper Copies? _____
    --If you want Electronic Copies, in what format? _____

**Is this request for a Commercial Purpose? YES or NO**
*(It is a violation of the Freedom of Information Act for a person to knowingly obtain a public record for a commercial purpose without disclosing that it is for a commercial purpose, if requested to do so by the public body. 5 ILCS 140.3.1(c)).*

**Are you requesting a fee waiver? YES or NO**
*(If you are requesting that the public body waive any fees for copying the documents, you must attach a statement of the purpose of the request, and whether the principal purpose of the request is to access or disseminate information regarding the health, safety and welfare or legal rights of the general public. 5 ILCS 140/6(c)).*

_Exhibit B_

I have also requested these from counselor Payne at Menard several times since arriving here in April. She told me "good luck" getting anything from Stateville. Both of these grievances were turned in to the warden as emergency grievances in January. One was stamped #282 and signed by the warden and one was stamped #370 and signed by the warden. Both of these grievances are very incriminating towards the staff at Stateville. I figured they would get "lost", which is why I turned them in as emergency status so they would get the warden's stamp and numbered and copied into my file. This way they can not imply that I never turned in said grievances. I turned in #282 on 1-07-13 and #370 on 1-13-13. I received #282 back from wardens office on 1-28-13 and sent to counselor Hall on same day. I received #370 back from warden's office on 2-14-13 and turned in to counselor Hall same day. Since then I have been trying to get them back so I can send them to Springfield, exhausting my remedies and file both lawsuits in federal court.

Keith Craig B 87875

Exhibit B

*5 total.*

## FOIA – REQUEST FOR REVIEW BY PUBLIC ACCESS COUNSELOR (PAC)

***Note to Requester: You must file a Request for Review within 60 calendar days of the date on which the public body denied your FOIA request. If your FOIA request was denied more than 60 days ago, the PAC will not accept your Request for Review.***

Name of Requester: _Keith Craig_

Requester's Contact Information

Address: _P.O. Box 1000, Menard, IL. 62259_

Telephone Number: _____

E-mail Address (optional): _____

**I hereby submit this request for the Public Access Counselor to review the denial of my FOIA request.**

Date on Which the Public Body Denied the FOIA Request: _August 29, 2013_

Name of the Public Body: _____

Attach the following documents:

    X Copy of FOIA Request. ***Note: The Public Access Counselor will NOT accept this Request for Review unless a copy of the FOIA Request denied by the public body is attached.***

    AND

    X Any response from the Public Body. ***Note: In order to facilitate the Public Access Counselor's review of this issue, please provide a copy of the public body's complete response to the FOIA request. This may include documents or correspondence from the public body, as well as a written summary of any oral communications.***

    OR

    ___The Public Body never responded.

Signature of Requester: _Keith D. Craig_

⑤

*Exhibit B*

Keith Craig B87875
P.O. Box 1000
Menard, IL. 62259

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, IL. 62706

Mailed 9-23-13



Exhibit B

63 total

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:** S T A – N R C ___ Center

**Offender Information:**
Last Name: K. Craig  First Name: Keith  MI: ___  ID#: B87875

Date: 5, 7, 12  Time: 345  ☐ a.m. ☐ p.m.

---

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA  Food Handler Approved: Yes  ppd (8mm 4/13/#
Current / Acute Conditions / Problems: Head trauma - Needs ct scan (x1)
Chronic Conditions / Problems: Mood D/o

**Current Medications** (name, dosage, frequency, and duration):
Acute Short-term: ___
Chronic Long-term: ___
Chronic Psychotropic: Zoloft 100mg QAM, Effexor 150mg BID, Klonopin 0.5mg QHS

**Current Treatments:** ___
**Therapeutic Diets:** ___
**Follow-Up Care:** RHC
**Chronic Clinics:** ___
**Specialty Referrals:** Psych
**Significant Medical History:** ___
**Physical Disabilities / Limitations:** RHC

**Assistive Devices / Prosthetics:** ___  ☐ Glasses  ☐ Dentures
**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: __/__/__  ☐ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☐ Alcohol  ☐ Drugs
R&C Use Only: ☐ EKG ☐ EKOS ☐ OXR ☐ Dental ☐ MEOS ☐ MH ☐ Other: ___  ☐ Packet Complete

A. Homer RN
Print Name and Title ___  Signature ___  Date 5, 7, 12

---

**Reception Screening** (completed by receiving facility health care staff):
Facility: ___  Date: __/__/__  Time: ___  ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: ___
Current Medications/Treatment: ___

**Objective:**
Physical Appearance/Behavior: ___
Deformities: Acute/Chronic: ___
T: ___  P: ___  R: ___  B/P: ___

**Assessment:** ___

**Plan: Disposition:**
☐ Health Information Given  ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): ___

Printed Name and Title ___  Signature ___  Date __/__/__

---

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature ___  Date ___  Time ___  ☐ a.m. ☐ p.m.





Exhibit C   (8 pages)   Exhibit C

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Craig                    Keith            ID#: B 87875
Last Name                First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/7/12 | MD Notes: ⊙ victim of an assault. To Head and body pain/injury. Brought in by CMT. | (P) Needs a Head CT. will need to send to PSTMC ER. |
| B/P 166/86 | | |
| SAO₂ 94% room air | ⊙ Ecchymoses around eyes, jaw and mouth. Not actively bleeding. Mandible moves freely. Dried blood in mouth. Ears Normal. | |
| P-130 | | |
| R-28 | Neck supple. Lungs clear. CNS non-focal. | |
| | (A) Victim of Assault. Brief period of confusion. | Imkthlantera |
| 5-8-12 | R.N. Note. | |
| 12:30A | S. "I vomitted in the van." O. Inmate returned from E.R. Oriented x3. PERRL. Hand grasps are equal. Dr. Carter notified of in- | |
| 173/98 | | |
| P= 111 R= 18 | | J Stegall Cull |
| | Cont'd | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Craig First Name: Keith MI: ___ ID#: B87875

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-8-12 12:30ᴾ | R.N. Note. inmates vitals and condition. Orders received to return inmate to cell house. Inmate ambulated to the bull pin s̄ difficulty to return to cell house. A. Return from writ. | P. 1) Inmate to see M.D. in the A.M. for follow up. 2) Inmate to request CMT if any problems arise. J Stegall CMT |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Craig    First Name: Keith    MI: ___    ID#: B87875

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5\|8\|12 | RN NOTE | P: Continue to monitor. |
| 1230p | S/O I/m AOx3, resting in bed. | |
| T 97.8 | Speech clear and coherent. Noted | |
| P 91 | bruise to Ⓡ eye c̄ moderate | |
| R 20 | amount of edema. Infirmary | |
| B/p 108/69 | visit for 23hr observation | |
| SAO2 97% | for head trauma. Vital signs | |
| room air | stable, C/O 6/10 pain all over. | |
| 6/10 pain | Given tylenol 650mg po for | |
| | pain. No adverse reactions | |
| | noted at this time. I/m stable | |
| | at this time. | |
| | A: Alteration in comfort | KTJ RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

4

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: CRaig First Name: Keith MI: ___ ID#: B87875

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/9/12 11:30a | MD Notes : ⑤ Back in infirmary for administrative purposes only A. Warden Edwards asked pt to be placed there indefinitely. Ⓞ Ecchymoses on face are better. A+Ox3. CNS non focal. Extensive w/u in ER Reviewed Ⓐ Nasal Fracture, Age undetermined. TKAnderson | ℗ Continue administrative Hold per Warden |
| 5/23/12 6:55pm | Psychiatrist Note I/m seen at F House today for Medication review, DOC 0282 completed in chart. | P- F/0 4wks J Kelly MD |
| 7-23-12 | Psychologist Note: I/m seen due to level 1/unknown - Prim eval | P: FIUI-James |

Printed on Recycled Paper

evaluated

5

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: CRAIG    First Name: KEITH    MI: ____    ID#: 587875

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-8-12 2³⁵ᵖ | Psychiatry note (not full AOM) — 23° Observation<br>I reviewed count, goals with nursing staff, interviewed I/m at cell door.<br>S— I/m said he was awaken from sleep last night by cellie, who "beat me up". I/m said he was sent to St Joseph's Hosp, where CAT scan, MRI scan done. (Results of tests not available.) I/m said he does not know findings at hosp, diagnosis. I/m said C.O. later told I/m he had "seizure" before went to hosp, but I/m says he did not bite tongue, or was given incontinent, or had LOC, and doctors at hosp did not say he had seizure or give anticonvulsant. I/m says he has no SI, HI, AH, VH, panic attacks, but has anxiety, depression chronically. He denies mood swings. I/m wants to continue Zoloft, Effexor. No S/E's, mentions | |

(Cont reverse this page)

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

6

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

CRAIG (Last Name)  KEITH (First Name)  MI ___  ID#: B87875

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| (5-8-12, cont) | O - Standing at cell door in underwear. Has ecchymosis of (R) eye. Coherent, relevant, organized responses. Affect, mood not elated, angry, depressed. Says he feels depressed. No AH, VH, delusions. Says he has no SI, HI. insight fair. Judgement, impulse control adequate. | P - ① Admin on 23° Observation |
| | A - Hx MOOD DISORDER, NOS | ② ZOLOFT 100mg QAM |
| | Hx PTSD | ③ EFFEXOR 150mg BID |
| | Hx Alcohol Dependence. | ④ F/U MHP |
| | (See DOC 0282) | — J. Kelly, MD |
| 5-14-12 | MD NOTE - pt visit | Plan: D/C from |
| 8:50A | S) no complaints. | 23° Observation. |
| | O) - BP 104/72. | Housing as per Security |
| | A+O. Speech clear, + coherent | Discharge to H.U. |
| | Racoon eyes - Edema ↓. | |
| | A) s/p altercation. R. Shute | Noted ___ 5/14/ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

CRAIG                    KEITH                         ID#: B87875
Last Name                First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/14/12 12⁴⁰p | RN NOTE. <br> S: ⊘ <br> O: I/m AAOx3, ⊘ acute distress noted @ this time I/m denied any pain or discomfort, still c̄ dark purple discoloration in both periorbital areas, seen by MD and discharged back to the cell house. <br> A: Discharged to cell house | P: Security notified I/m discharged to cell house |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**333 N. Madison**
**Joliet, IL**
## HEALTH INFORMATION MANAGEMENT

**NAME:** CRAIG,KEITH B87875          **DOB/AGE/SEX:** 05/06/1971 - 41 – M
**HOME PHONE:** (815)727-3607
**PHYSICIAN:    ADMIT DATE:**
**PRIMARY PHYSICIAN:** Other,Other
**UNIT #:** DC0177073**1**          **DIS DATE:** 05/08/12
**ACCT#:** DC0027848106          **LOC/RM/BED:** D01EDA -

**EMERGENCY DEPARTMENT**
**REPORT # : 0507-0758**

DATE OF SERVICE: 05/07/12

TIME SEEN BY CLINICIAN: 1700.

CHIEF COMPLAINT: Head injury.

Patient arrived via ambulance. Patient's condition upon arrival was stable.

HISTORY OF PRESENT ILLNESS: This is a 41-year-old male who is currently an inmate, who was brought here from the prison itself because he had been beaten up. Approximately two hours prior to arrival, patient was in his cell and his cellmate was hitting him. This was stopped by the guards themselves. There was no witnessed loss of consciousness. Patient says he does not know if he lost consciousness or not though. Patient was being held in headlock at time the guards had separated the two of them. Patient was complaining of a headache, has diffuse swelling about the face and he says he was having some discomfort in the right hip area. Patient was transported here by ambulance. On arrival, patient is awake and alert, cooperative, followed all commands appropriately and has a GCS estimated to be 15.

PAST MEDICAL HISTORY: Per patient, PTSD and anxiety.

CURRENT MEDICATIONS: The nursing notes were reviewed.

ALLERGIES: The nursing notes were reviewed.

SOCIAL HISTORY: Currently lives at prison.

FAMILY HISTORY: There is no family history that is pertinent to the present complaint.

REVIEW OF SYSTEMS: GENERAL: No fever or chills. EYES: No significant pain or recent change in vision. ENT: Ears: No significant earache. Nose. No significant discharge or epistaxis. Throat: No sore throat. NEUROLOGICAL: Please see above HPI. Patient says that he has a mild headache right now. CARDIAC: There is no chest pain or tightness. RESPIRATORY: No significant dyspnea, cough or wheezing. GASTROINTESTINAL: No significant abdominal pain, vomiting or diarrhea. There are no bloody stools or melena.
GENITOURINARY: No dysuria or hematuria. MUSCULOSKELETAL: No significant joint pain or swelling. SKIN: There is no rash or itching.

PHYSICAL EXAMINATION:
VITAL SIGNS: The nursing notes were reviewed.
GENERAL: Alert and cooperative. He is in no apparent physical or respiratory distress. Patient does appear to be adequately hydrated and well nourished.

Exhibit D     (13 Pages)     Exhibit D

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**HEALTH INFORMATION MANAGMENT**

**NAME:** CRAIG,KEITH B87875                    **UNIT #:** DC0177073**1**                **ACCT #:**

DC0027848106

HEAD: Patient has some tenderness diffusely about the scalp itself without any focal swelling. Patient does have swelling about both cheeks areas anteriorly with some superficial abrasion to the left cheek itself.
EYES: Pupils are reactive, conjunctivae are pink and sclerae are anicteric. Extraocular muscles are intact.
NOSE: There is no injection or exudate.
OROPHARYNX: Mucous membranes are moist. Tongue is normal. Pharynx is benign. There is no obvious dental trauma. Patient was asked if he notices any change to his teeth and he says no.
NECK: Patient remains on a backboard and C collar. Upon examination, patient does have some tenderness. C-collar and backboard will be remaining in place until a CAT scan is done and results are known.
LUNGS: Clear to auscultation. Breath sounds are equal.
CHEST WALL: Patient does have some mild right side and left sided chest wall tenderness, but there is no crepitus and there is no obvious bruising.
HEART: Regular rate and rhythm. No murmurs, gallops or rubs.
ABDOMEN: Soft and nontender. No masses or hepatosplenomegaly.
NEUROLOGIC: Alert and cooperative. Sensorimotor functions are intact and symmetrical. Strength and sensation is symmetrical to light touch and normal.

DIFFERENTIAL DIAGNOSIS: Subarachnoid hemorrhage, subdural hematoma, head injury, facial bone fractures, neck injury, chest wall contusion, rib fracture.

This is the end of the initial portion of this dictation. Once the workup is complete, I will call back and finish this dictation.

Confirmation #: 149603
Dictation ID: 393527

DICTATED: Andrew Zwolski M.D.                    <<Signature on File>>

                                                 _____
                                                 Andrew Zwolski M.D.
                                                 05/08/12 1833
                                                 **DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 1736
T: 05/07/12 1825 AMP
REPORT #: 0507-0756

CC:

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**333 N. Madison**
**Joliet, IL**
**HEALTH INFORMATION MANAGEMENT**

**NAME:** CRAIG,KEITH B87875                                    **DOB/AGE/SEX:** 05/06/1971 - 41 – M
**HOME PHONE:** (815)727-3607
**PHYSICIAN:     ADMIT DATE:**
**PRIMARY PHYSICIAN:** Other,Other
**UNIT #:** DC01770731                                         **DIS DATE:** 05/08/12
**ACCT#:** DC0027848106                                        **LOC/RM/BED:** D01EDA -

**EMERGENCY DEPARTMENT**
**REPORT # : 0507-0865**

CT scan of head, facial bones and C-spine noted as a nondisplaced nasal bone fracture, patient also has a questionable subdural hematoma, very small size. The radiologist recommended an MRI in order to get further details. MRI plain brain: No evidence for any subdural hematoma in the area where the radiology was suspicious for it in the past.

INTERVENTION: Counseling: Patient was counseled about the nature of the medical problem and appropriate followup was discussed and they expressed understanding.

CLINICAL IMPRESSION: Nasal bone fracture, contusions to face, head injury.

DISPOSITION: Discharge. Patient was discharged back to the prison accompanied by the correctional officers. Patient's condition upon discharge was stable.

FOLLOW UP: Patient was advised to call for followup appointment with ENT in 2 weeks as needed. Please see chart for additional discharge instructions.

Confirmation #. 149754
Dictation ID: 393777

DICTATED: Andrew Zwolski M.D.                           <<Signature on File>>

                                                        _____
                                                        Andrew Zwolski M.D.
                                                        05/08/12 1833
                                                        **DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 2339
T. 05/07/12 2351 DMS
REPORT #: 0507-0865

CC:

3

Michael Arthofer, M.D.   Medical Director
Robert Earl Boyd, III, M.D.   Edward Bruno, M.D.
Rakesh Chaudhari, M.D.   Brian Fagan, M.D.
John Groch, M.D.   Mickey B. Jester, D.O.
Andrew Johanek, D.O.   Terry Kushner, M.D.
Sasan Payvar, M.D.   Farid Shafaie, M.D.
Joshua Tepper, M.D.

**PROVENA SAINT JOSEPH MEDICAL CENTER**
333 North Madison Street
Joliet, IL

## DIAGNOSTIC IMAGING SERVICES

**NAME:** CRAIG,KEITH B87875          **DOB/AGE/SEX:** 05/06/1971 - 41 - M
**ORDERING:** Andrew Zwolski M.D.     **ADMIT DATE:**
**ATTENDING:**                        **NONSTAFF:**

**UNIT # :** DC01770731               **DIS DATE:**
**ACCT #:** DC0027848106              **LOC/RM/BED:** D01EDA -

### DIAGNOSTIC IMAGING
RAD/ORBITS FOREIGN BODY : 0507-0368
DATE PERFORMED: 05/07/12
REPORT #: 0507-0553

Exam: Orbital radiographs for foreign body 5/7/2012.

Clinical Indication: Pre-MRI clearance.

Comparisons: None available.

Findings:

Three views of the orbits demonstrate no evidence of radiopaque foreign body.

Impression:

There is no radiopaque foreign body.

DICTATED: Brian M Fagan M.D.

_____
Brian M Fagan M.D.
05/07/12 2156
**DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 2152
T: 05/07/12 2152 PS
WEBMD Patient ID #:
WEBMD Req #:

CC: Andrew Zwolski, M.D.; Brian M Fagan, M.D.; Other Other

4

Michael Arthofer, M.D.   Medical Director
Robert Earl Boyd, III, M.D.   Edward Bruno, M.D.
Rakesh Chaudhari, M.D.   Brian Fagan, M.D.
John Groch, M.D.   Mickey B. Jester, D.O.
Andrew Johanek, D.O.   Terry Kushner, M.D.
Sasan Payvar, M.D.   Farid Shafaie, M.D.
Joshua Tepper, M.D.

**PROVENA SAINT JOSEPH MEDICAL CENTER**
333 North Madison Street
Joliet, IL

# DIAGNOSTIC IMAGING SERVICES

**NAME:** CRAIG,KEITH B87875
**ORDERING:** Andrew Zwolski M.D.
**ATTENDING:**

**DOB/AGE/SEX:** 05/06/1971 - 41 - M
**ADMIT DATE:**
**NONSTAFF:**

**UNIT # :** DC01770731
**ACCT #:** DC0027848106

**DIS DATE:**
**LOC/RM/BED:** D01EDA -

### DIAGNOSTIC IMAGING
CT/HEAD W/O CONTRAST . 0507-0118
DATE PERFORMED: 05/07/12
REPORT #: 0507-0477

CT Head Without Contrast

History: Assaulted, swelling and bruising to the face, seizure

Date: 5/7/2012

Technique: With 2.5 mm collimation, axial images of the head were obtained without the administration of contrast.

Comparison: None

Findings:

Examination is limited due to beam hardening artifact adjacent to left occipital lobe.

Focal high density the right cerebellar hemisphere near the tentorium is of questionable clinical significance. This may be artifactual. Possibility of a focal contusion in this location is considered less likely.

No other evidence of hemorrhage or extra-axial fluid collection.

Supra and infratentorial brain parenchyma are unremarkable.

Ventricles and sulci are appropriate for the patient's age.

No mass effect.

Visualized portions of orbits and mastoid air cells are unremarkable. Mild mucoperiosteal thickening of the paranasal sinuses is noted.

Impression:

5

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**DIAGNOSTIC IMAGING SERVICES**

**NAME:** CRAIG,KEITH B87875          **UNIT #:** DC01770731          **ACCT #:** DC0027848106

Beam hardening artifact adjacent to left occipital bone markedly limits evaluation of the infratentorial compartment. There is focal high density immediately adjacent to the right side of the tentorium. This may represent a focal hemorrhage. This may also be due to the tentorium itself. This is difficult to delineate.

Recommend MR brain examination without contrast for further evaluation.

PQRI: The exam was performed within 24 hours of arrival to the hospital.

DICTATED. Rakesh Chaudhari M.D.

Rakesh Chaudhari M.D.
05/07/12 1829
**DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 1820
T: 05/07/12 1820 PS
WEBMD Patient ID #:
WEBMD Req #:

CC: Andrew Zwolski, M.D.; Other Other; Rakesh Chaudhari, M.D.

2
Print time:  at

Michael Arthofer, M.D.   Medical Director
Robert Earl Boyd, III, M.D.   Edward Bruno, M.D.
Rakesh Chaudhari, M.D.   Brian Fagan, M.D.
John Groch, M.D.   Mickey B. Jester, D.O.
Andrew Johanek, D.O.   Terry Kushner, M.D.
Sasan Payvar, M.D.   Farid Shafaie, M.D.
Joshua Tepper, M.D.

**PROVENA SAINT JOSEPH MEDICAL CENTER**
333 North Madison Street
Joliet, IL

## DIAGNOSTIC IMAGING SERVICES

**NAME:** CRAIG,KEITH B87875
**ORDERING:** Andrew Zwolski M.D.
**ATTENDING:**

**DOB/AGE/SEX:** 05/06/1971 - 41 - M
**ADMIT DATE:**
**NONSTAFF:**

**UNIT # :** DC01770731
**ACCT #:** DC0027848106

**DIS DATE:**
**LOC/RM/BED:** D01EDA -

### DIAGNOSTIC IMAGING
CT/FACIAL W/O CONTRAST : 0507-0117
DATE PERFORMED: 05/07/12
REPORT #. 0507-0481

CT facial bones without contrast.

History: Assaulted, swelling and bruising to the face, seizure.

Comparison: None

Findings:

Mild irregularity of the left nasal bone is suggestive of a fracture.

There is mild to moderate mucoperiosteal thickening of the paranasal sinuses.

No other fracture or dislocation is identified.

Pterygoid plates are intact.

Cribriform plate and fovea ethmoidalis appear intact.

Visualized portions of orbits and mastoid air cells are unremarkable.

Impression:

Irregularity of the left nasal bone is suggestive of a fracture. This is of unknown chronicity. Please
correlate with targeted physical examination. No other evidence of fracture or dislocation.

DICTATED. Rakesh Chaudhari M.D.

Rakesh Chaudhari M.D.
05/07/12 1833
**DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 1828

1
Print time: at

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**DIAGNOSTIC IMAGING SERVICES**

**NAME:** CRAIG,KEITH B87875          **UNIT #:** DC01770731          **ACCT #:** DC0027848106

T: 05/07/12 1828 PS
WEBMD Patient ID #:
WEBMD Req #:

CC: Andrew Zwolski, M.D.; Other Other; Rakesh Chaudhari, M.D.

8

Michael Arthofer, M.D.  Medical Director
Robert Earl Boyd, III, M.D.  Edward Bruno, M.D.
Rakesh Chaudhari, M.D.  Brian Fagan, M.D.
John Groch, M.D.  Mickey B. Jester, D.O.
Andrew Johanek, D.O.  Terry Kushner, M.D.
Sasan Payvar, M.D.  Farid Shafaie, M.D.
Joshua Tepper, M.D.

**PROVENA SAINT JOSEPH MEDICAL CENTER**
333 North Madison Street
Joliet, IL

## DIAGNOSTIC IMAGING SERVICES

**NAME:** CRAIG,KEITH B87875
**ORDERING:** Andrew Zwolski M.D.
**ATTENDING:**

**DOB/AGE/SEX:** 05/06/1971 - 41 - M
**ADMIT DATE:**
**NONSTAFF:**

**UNIT # :** DC01770731
**ACCT #:** DC0027848106

**DIS DATE:**
**LOC/RM/BED:** D01EDA -

### DIAGNOSTIC IMAGING
RAD/CHEST PA & LAT 2 VIEWS : 0507-0299
DATE PERFORMED: 05/07/12
REPORT #: 0507-0556

Exam: PA and lateral chest radiographs 5/7/2012.

Clinical Indication: Trauma and pain.

Comparisons: None available

Findings:

Lungs and pleural spaces: Clear.

Heart: Within normal limits for size.

Mediastinum and Hila: Unremarkable.

Chest wall: Unremarkable.

Visualized Abdomen: Unremarkable.

Impression:

There is no radiographic evidence of active cardiopulmonary disease.

DICTATED: Brian M Fagan M.D.

Brian M Fagan M.D.
05/07/12 2159
**DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 2155
T: 05/07/12 2155 PS
WEBMD Patient ID #:
WEBMD Req #:

CC: Andrew Zwolski, M.D.; Brian M Fagan, M.D.; Other Other

Michael Arthofer, M.D.  Medical Director
Robert Earl Boyd, III, M.D.  Edward Bruno, M.D.
Rakesh Chaudhari, M.D.  Brian Fagan, M.D.
John Groch, M.D.  Mickey B. Jester, D.O.
Andrew Johanek, D.O.  Terry Kushner, M.D.
Sasan Payvar, M.D.  Farid Shafaie, M.D.
Joshua Tepper, M.D.

**PROVENA SAINT JOSEPH MEDICAL CENTER**
333 North Madison Street
Joliet, IL

## DIAGNOSTIC IMAGING SERVICES

**NAME:** CRAIG,KEITH B87875
**ORDERING:** Andrew Zwolski M.D.
**ATTENDING:**

**DOB/AGE/SEX:** 05/06/1971 - 41 - M
**ADMIT DATE:**
**NONSTAFF:**

**UNIT # :** DC01770731
**ACCT #:** DC0027848106

**DIS DATE:**
**LOC/RM/BED:** D01EDA -

**DIAGNOSTIC IMAGING**
CT/CERVICAL SPINE W/O CONTRAST . 0507-0119
DATE PERFORMED: 05/07/12
REPORT #: 0507-0488

CT Cervical Spine

History: Neck pain

Date: 5/7/2012

Comparison: None

Findings:

Unremarkable alignment of the cervical spine.

Vertebral body heights and disc spaces are maintained throughout the cervical spine.

No evidence of fracture or dislocation.

Prevertebral soft tissues are within normal limits.

Predental space is normal.

Impression:

Unremarkable CT of the cervical spine.

DICTATED: Rakesh Chaudhari M.D.

Rakesh Chaudhari M.D.
05/07/12 1839
**DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 1832
T: 05/07/12 1832 PS
WEBMD Patient ID #:
WEBMD Req #:

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**DIAGNOSTIC IMAGING SERVICES**

**NAME:** CRAIG,KEITH B87875          **UNIT #:** DC01770731          **ACCT #:** DC0027848106

CC: Andrew Zwolski, M.D.; Other Other; Rakesh Chaudhari, M.D.

2
Print time:  at

Michael Arthofer, M.D.  Medical Director
Robert Earl Boyd, III, M.D  Edward Bruno, M.D.
Rakesh Chaudhari, M.D.  Brian Fagan, M.D.
John Groch, M.D.  Mickey B. Jester, D.O.
Andrew Johanek, D.O.  Terry Kushner, M.D.
Sasan Payvar, M.D.  Farid Shafaie, M.D.
Joshua Tepper, M.D.

**PROVENA SAINT JOSEPH MEDICAL CENTER**
333 North Madison Street
Joliet, IL

## DIAGNOSTIC IMAGING SERVICES

**NAME:** CRAIG,KEITH B87875
**ORDERING:** Andrew Zwolski M.D.
**ATTENDING:**

**DOB/AGE/SEX:** 05/06/1971 - 41 - M
**ADMIT DATE:**
**NONSTAFF:**

**UNIT # :** DC01770731
**ACCT #:** DC0027848106

**DIS DATE:**
**LOC/RM/BED:** D01EDA -

### DIAGNOSTIC IMAGING
MRI/BRAIN W/O CONTRAST : 0507-0066
DATE PERFORMED: 05/07/12
REPORT #. 0507-0578

Exam: Noncontrast MRI Brain 5/7/2012.

Clinical Indication: Trauma, the study was performed to evaluate a possible abnormality on prior head CT.

Comparisons: CT head 5/7/2012.

Technique: Multiplanar noncontrast MR imaging of the brain was performed on a 3 tesla magnet.

Findings:

The diffusion weighted images demonstrate no evidence of diffusion restriction to suggest acute ischemia.

Midline sagittal T2-weighted image demonstrates the midline structures to appear normal.

Axial T2 and FLAIR sequences demonstrate no areas of parenchymal signal abnormality. The major intracranial flow voids are present on T2 weighted images. The visualized paranasal sinuses are clear.

Axial gradient echo sequence demonstrates no evidence of magnetic susceptibility artifact to suggest products of hemorrhage.

Noncontrast axial T1-weighted images demonstrate no evidence of intracranial hemorrhage or pathologic extra-axial fluid.

Coronal T2 weighted sequence demonstrates the skull base and high convexities to be unremarkable.

Impression:

There is no hemorrhage, mass or acute ischemia.

Noncontrast brain MRI is essentially unremarkable. There is no evidence of a subdural hematoma as questioned on CT.

DICTATED: Brian M Fagan M.D.

12

**PROVENA SAINT JOSEPH MEDICAL CENTER**
**DIAGNOSTIC IMAGING SERVICES**

**NAME:** CRAIG,KEITH B87875          **UNIT #:** DC01770731          **ACCT #:** DC0027848106

Brian M Fagan M.D.
05/07/12 2303
**DRAFT UNTIL SIGNED**

S: Signed
D: 05/07/12 2235
T: 05/07/12 2235 PS
WEBMD Patient ID #:
WEBMD Req #:

CC: Andrew Zwolski, M.D.; Brian M Fagan, M.D.; Other Other

13

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF _Will_       )

### AFFIDAVIT

#S08060

I, _Robert Steven Siverly_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

On May 7th 2012, I was incarcerated at Stateville Correctional Facility, I was in cell 231. I heard someone screaming for help But didn't pay much attention at first. Except to tell my cellie inmate Green sounded like somebody was being attacked. So at 2:00 PM I got up to see why nobody was coming cause I kept hearing other people yelling too. At that time Craig Hufford # M27083 in cell #2 in cell 223 seen and yelled at me saying Keith Craig Countny was being attacked by his cellie and was yelling B37075 for Help and wanted to know what to do. At that point cell 222 I told Him to yell for the Correctional officer. which he did. I also did But no officer's would come. We yelled at the tower + he just looked and did nothing. There was at least 5 people yelling. No other guards were in sight. Then after about 5 minutes 2 walked out looked up towards me I was waiving a Tshirt and Pointed towards inmate Kieths Cell. They turned and walked away. A couple minutes later they came back out and findly came up to check out the disturbance which had been going on for 20 to 30 minutes at this time. After they got there the cuffed up

Exhibit E

Inmate Craigs Cellie and led him away. About 5 minutes later inmate Craig appeared bloodied with 2 officers helping him walk. They took him down and put him in one of the offices down stairs where I could see in. Then he fell over on the floor. I thought he was dead. Finaly Med tech showed up and worked on him. Then left. 2 officers picked Craig up and carried him out of sight. They carried him like a dead animal on a stick. Everyone thought he was dead.

Robert S Self  S08060
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 23d DAY September , 20 13

NOTARY PUBLIC

BRAD BRAMLET
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 04, 2016



**Illinois**
**Department of**
**Corrections**

Pat Quinn
Governor

S.A. Godinez
Director

1301 Concordia Court • P.O. Box 19277                  Telephone: (217) 558-2200
Springfield IL 62794-9277                                        TDD: (800) 526-0844

January 14, 2013

Keith Craig, B87875
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

      **Re:**    **Freedom of Information Act Request #130110084**

Dear Mr. Craig:

    This letter is in response to your request to the Illinois Department of Corrections for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

    You have requested a list of all officers that were working the day shift on 5/7/12. This request is denied pursuant to Section 7(1)(e-6) of the Freedom of Information Act which exempts the release of "records requested by persons committed to the Department of Corrections if those materials include records from staff members' personnel files, staff rosters, or other staffing assignment information."

    You have also requested a list of all inmates on 2 gallery on 5/7/12, and a list of inmates that were in cells 205-215 in F-House on 12/7/12. Your request is denied pursuant to Section 7(1)(a) of the Freedom of Information Act which provides "Information specifically prohibited from disclosure by Federal or State law or rules and regulations implementing Federal or State law." Title 20, Section 504.211 of Appendix A states that an offender is prohibited from "Possessing or soliciting unauthorized personal information regarding another offender, releasee, employee, or former employee, including, but not limited to, personnel files, master files, medical or mental health records, photographs, social security numbers, home addresses, financial information, or telephone numbers except as authorized by a court order or as approved in writing by the Chief Administrative Officer."

    You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, pursuant to 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

        Public Access Counselor
        Office of the Attorney General
        500 South 2nd Street
        Springfield, Illinois 62706

*Exhibit F*

You also have the right to seek judicial review of your denial by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

Sincerely,

Lisa Weitekamp
Freedom of Information Officer

Exhibit F

To Records Office

Dear Sir or Madam,                                    8-26-13

I have tried to get two grievances back from Stateville many, many times with no results. I turned both of them in as emergency grievances in order to get the warden's stamp + date on them. They should have been copied to my master file. Can you get these for me? I have already sent an FOIA request to Springfield trying to get them. I haven't heard back yet. Here are the two grievances. The first one was stamped #282 by the warden's office. It was turned in on 01-07-13 and I received it back from the warden's office on 1-28-13. The same day, I turned it in to counselor Hall. The second one was stamped #370 by the warden's office. It was turned in on 1-13-13. I received it back from the warden's office on 2-14-13. I turned it in to counselor Hall on the same day. I wrote Mr. Hall many times requesting them back with no response. I have tried to get Mrs. Payne to help me and she says that she can't get anything from Stateville either.
Thank You.      Keith Craig B87875
                E-503

Exhibit G