UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**RECEIVED**

DEC 0 6 2013

THOMAS G. BRUTON
**CLERK, U.S. DISTRICT COURT**

Keith Douglas Craig

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.      Case No: 13-C-7329
(To be supplied by the Clerk of this Court)

Stateville Warden Marcus Hardy
Stateville Warden Michael Lemke

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**Amended Complaint**

**CHECK ONE ONLY:**

✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I.  **Plaintiff(s):**

   A. Name: Keith Douglas Craig

   B. List all aliases: _____

   C. Prisoner identification number: B87875

   D. Place of present confinement: Menard

   E. Address: P.O. Box 1000 Menard, IL. 62259

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Marcus Hardy
      Title: Warden
      Place of Employment: Stateville Correctional Center

   B. Defendant: Michael Lemke
      Title: Warden
      Place of Employment: Stateville Correctional Center

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: Current lawsuit. 13-C-7329

   B. Approximate date of filing lawsuit: October 2013

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: Marcus Hardy, Michael Lemke

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court Northern

   F. Name of judge to whom case was assigned: Honorable Ronald Guzman

   G. Basic claim made: I was attacked by inmate and officers refused to intervene for 30 minutes to one hour.

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Had to file this amended complaint to name defendants

   I. Approximate date of disposition: 05-07-12

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 05-07-12, I was incarcerated at Stateville Correctional Center in F house and in cell 222. While sleeping in said cell, I was attacked by my cellmate Jeffrey Mitchell. He drug me off the top bunk and slammed my head into the concrete floor, knocking me unconscious. When I woke up, he was still beating and kicking me. I began yelling for help at the top of my lungs. After no help came, I started yelling for my neighbor Craig Hufford # M27083 in cell 223. He started yelling for help as well. Several other people also began yelling for help. The officers would look at us and turn around like nothing was happening. Most, if not all, of the officers were aware of Mitchell beating me and refused to acknowledge or intervene. This continued for 30 minutes to an hour. I have tried unsuccessfully to obtain the names of the officers working that day. It was the 7am-3pm shift. This incident occurred around 1:30 or 2:00pm

Revised 9/2007

and continued until around 2:30 pm. I have no memory of the officers coming in the cell. I suffered a siezure due to head trauma, a broken nose, permanent facial scarring, and am still suffering from headaches and mental anguish. I have included an affidavit from Robert Siverly S08060 who was there on the gallery that day. I am unable to obtain more affidavits because I.D.O.C. will not provide any names for me of other inmates that were there that day. The officers clearly ignored me.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for pain + suffering, mental anguish, and permanent scarring in the amount of two million dollars and have my nose reconstructed and paid for by I.D.O.C.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___1___ day of __Dec.__, 20_13_

_Keith D. Craig_ (signature)
(Signature of plaintiff or plaintiffs)

Keith D. Craig
(Print name)

R87875
(I.D. Number)

P.O. Box 1000
Menard, IL. 62259
(Address)