UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH D. CRAIG (B-87875) | ) |
| Plaintiff | ) ) ) |
| vs. | ) NO. 1:13-cv-7329 ) ) Judge Andrea Wood |
| WARDEN MARCUS HARDY, and WARDEN MICHAEL LEMKE | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Keith D. Craig, B87875
P.O. Box 1000
Menard, IL 62259

    PLEASE TAKE NOTICE that on March 13, 2014 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Andrea Wood or any judge sitting in her stead in Courtroom 1725 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion attached hereto: LOCAL RULE 83.83 APPLICATION OF ASSIGNED COUNSEL FOR RELIEF FROM ASSIGNMENT.

Respectfully submitted,

By: /s/Lauren E. Wise

Lauren E. Wise (ARDC No. 6304315)
Binder and Binder
209 W. Jackson
5th Floor
Chicago, IL 60606
Telephone: 248-330-0199
Email: lwise@binderandbinder.com