UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Keith D. Craig (B87875)
Plaintiff

vs.

Warden Marcus Hardy and
Warden Michael Lemke
Defendants

No. 1:13-cv-7329

Judge Andrea Wood

FILED
MAR 10 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR INJUNCTION

Now comes the plaintiff, Keith D. Craig, before this Honorable Court and requests that he be granted a preliminary injunction preventing him from being transferred back to Stateville Correctional Center for reasons stated in accompanying affidavit.

Wherefore plaintiff, Keith D. Craig, respectfully prays this Honorable Court to grant the requested preliminary injunction as stated above.

Respectfully Submitted,

Keith D. Craig

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF _____  )

## AFFIDAVIT

I, <u>Keith D. Craig</u> being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

<u>I was attacked in my sleep by my cellie Jeffrey Mitchell on 5-07-12 at Stateville Correctional Center. All of the officers on duty that day intentionally allowed the attack to continue even after being yelled at for help by numerous inmates. The officers showed, on that date, that they have no regard for my safety. Many of the officers at Stateville are themselves gang members and are loyal to their respective gangs. They allow fellow gang members to commit nearly fatal assaults on other inmates by intentionally looking the other way and acting like they (officers) saw nothing. Due to my current lawsuit showing the severity of the officers actions and possibly causing disciplinary actions to the officers, I greatly fear for my safety if transferred back to Stateville. The officers themselves are the danger. I am currently at Menard Correctional Center and am</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _____

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY _____ 20 ___

_____
NOTARY PUBLIC

/s/ _____
NAME: <u>Keith D. Craig</u>
IDOC#: <u>B87875</u>
<u>Menard</u> Correctional Center
P.O. BOX <u>1000</u>
<u>Menard</u>, IL <u>62259</u>

scheduled to be transferred back to Stateville in April, 2014. I am a level E prisoner and they transfer me back and forth between Menard and Stateville every 12 months.

Both prisons are maximum security, therefore, there are no risks involved with staying at Menard Correctional Center. In addition, there is no risk or effect to the public by granting said injunction.

Subscribed and sworn to before me on the ____ day of March, 2014

_____
Notary Public

Respectfully Submitted,

/s/ K. D. C.

Keith D. Craig



BRAD BRAMLET
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 04, 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Keith D. Craig )
    Plaintiff )
) No. 1:13-cv-7329
vs. )
) Judge Andrea Wood
Warden Marcus Hardy and )
Warden Michael Lemke )
    Defendants )

## PROOF OF SERVICE

You are hereby notified that on March 3, 2014, I placed the attached affidavit and Motion for Injunction in the prison mail system at Menard Correctional Center to be mailed to Prisoner Correspondence, United States District Court at address below.

Prisoner Correspondence
United States District Court
219 S. Dearborn St.
Chicago, IL. 60604

Subscribed and Sworn to Before Me this 4th Day of March, 2014

_____
Notary Public

K.D.C.
Keith D. Craig

BRAD BRAMLET
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 04, 2016